IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 JUL 19 PM 4:00
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUINTAN J. KIMBROUGH,<br><br>Defendant. | 8:22CR 161<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1) & 924(a)(2) |

The Grand Jury charges that

## COUNT I

On or about June 10, 2022, in the District of Nebraska, QUINTAN J. KIMBROUGH, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Robbery (April 17, 2008), Douglas County District Court, Nebraska; Felon in Possession of a Firearm (November 19, 2010), United States District Court for the District of Nebraska; Possession with the Intent to Distribute (September 28, 2015), Douglas County District Court, Nebraska, knowingly possessed a Ruger P90 .45 caliber handgun which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
MATT E. LIERMAN
Assistant United States Attorney

1