**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:22CR161** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **QUINTAN J. KIMBROUGH,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

     This matter is before the court on the Unopposed Motion to Continue Trial [20]. The parties are attempting in good faith to resolve this matter short of trial. Additional time is necessary in order to make further attempts to find a mutually acceptable resolution.  For good cause shown,

     **IT IS ORDERED** that the Unopposed Motion to Continue Trial [20] is granted, as follows:

1.  The jury trial now set for September 12, 2022 is continued to **December 19, 2022.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 19, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

     **DATED:  September 2, 2022.**

                      **BY THE COURT:**

                      **s/ Michael D. Nelson
United States Magistrate Judge**